**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHOA ESHRAGHI, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.: 1:13-cv-00936 - JLT <br><br> ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT <br><br> (Doc. 19) |

On June 19, 2014, Plaintiff Shoa Eshraghi and Defendant Carolyn Colvin, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412(d) and 1920.  (Doc. 19.)

Accordingly, subject to the terms of the parties' stipulation, **IT IS HEREBY ORDERED**: fees and costs in the amount of $3,788.58 is **AWARDED** to Plaintiff, Shoa Eshraghi.

IT IS SO ORDERED.

Dated:  **June 19, 2014**         **/s/ Jennifer L. Thurston**
                                 UNITED STATES MAGISTRATE JUDGE

1